Opinion issued January 10, 2008




 





In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-07-00642-CV

____________


ARNOLD BANKS BY AND THROUGH JUNE BANKS AS GUARDIAN OF
THE PERSON AND ESTATE OF ARNOLD BANKS, Appellant


V.


TEXANA CENTER F/K/A TEXANA MHMR, Appellee






On Appeal from the County Court at Law No. 3

Fort Bend County, Texas

Trial Court Cause No. P19703AA






MEMORANDUM OPINION

 Appellant has filed a motion to dismiss his appeal. More than 10 days have
elapsed, and no objection has been filed. No opinion has issued. Accordingly, the
motion is granted, and the appeal is dismissed. Tex. R. App. P. 42.1(a)(1).

 All other pending motions in this appeal are overruled as moot. The Clerk is
directed to issue mandate within 10 days of the date of this opinion. Tex. R. App. P.
18.1.

PER CURIAM

Panel consists of Justices Nuchia, Jennings, and Keyes.